RECEIVED
IN MONROE, LA

JUL 2 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

RICKY SEWELL

VS.

WARDEN ROBERT RACHAL

CIVIL ACTION NO. 07-0736

SECTION P

JUDGE JAMES

MAGISTRATE JUDGE HAYES

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein,  determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims, while technically exhausted, are procedurally defaulted.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this ___ day of _

_____, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE